# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-68-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| LLOYD THOMAS RIDER, III., | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Order Adopting Findings and Recommendations and Judgment (Docs. 71 and 72) dated October 7, 2019 are withdrawn and stricken from the record.

DATED this <u>7th</u> day of October, 2019.

_Brian Morris_
Brian Morris
United States District Court Judge